# BakerHostetler

**Baker&Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Amy J. Traub
direct dial: 212.589.4248
atraub@bakerlaw.com

September 18, 2015

**VIA EMAIL**

The Honorable Debra Freeman
United States Magistrate Judge
United States Courthouse
500 Pearl St., Courtroom: 17A
New York, NY 10007-1312

Re:   Marcial Flores v. Sky Bar Times Square Inc. d/b/a Sky Room & Bar, *et al.*
      Case No. 1-15-cv-03387 (RJS)

Dear Judge Freeman:

This firm represents all of the defendants in the above-referenced action with the exception of newly-added defendants A-1 Contract Staffing, Inc. and Melvin Klinghoffer (which/who have not yet been served or appeared in this action). We write jointly with Plaintiff Marcial Flores ("Plaintiff") to request an adjournment of the October 1, 2015, 12 p.m. telephone conference with Your Honor in which the parties are to discuss a settlement conference. There has been no Order setting the call for this date, but the parties were notified of the conference via a telephone call from Your Honor's Chambers to Plaintiff's counsel.

We now request an adjournment of the October 1 call because a Second Amended Complaint was only just recently filed, adding multiple new defendants to the action, and because not all parties necessary for the call or a settlement conference will have appeared in the action by October 1. Indeed, my clients' deadline to respond to the new pleading is not until one day after the call (i.e., October 2, 2015), and A-1 and Mr. Klinghoffer will not have appeared as of October 1 either. Accordingly, a call to discuss a settlement conference on October 1 would be premature.

Accordingly, counsel for the undersigned respectfully request an adjournment of the October 1 call, as well as an extension of the September 30, 2015 deadline to contact Your Honor to schedule a settlement conference, until such time as all parties have appeared in the action and responded to the new pleading. This is the parties' first request for an adjournment/extension of this date/deadline.

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC*

The Honorable Debra Freeman
September 18, 2015
Page 2

We thank the Court for its consideration of this request.

Respectfully submitted,

Amy J. Traub
Baker & Hostetler LLP
45 Rockefeller Plaza, 14th Floor
New York, New York 10111
Telephone: 212-589-4248
Facsimile: 212-589-4201

Jesse S. Barton, Esq.
Michael Faillace & Associates, P.C.
One Grand Central Place
60 East 42nd Street, Suite 2020
New York, New York 10165
Telephone: 212-317-1200
Facsimile: 212-317-1620

607409604.2